

PRESS FIRMLY TO SEAL     PRESS FIRMLY TO SEAL     PRIORITY MAIL FLAT RATE ENVELOPE POSTAGE REQUIRED

**UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL**

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**


PS00001000014    EP14F May 2020    OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

---

**UNITED STATES POSTAL SERVICE®**    **Click-N-Ship®**

usps.com    9405 8301 0935 5105 6449 30 0085 0001 0009 4102
P  US POSTAGE Insured    U.S. POSTAGE PAID CLICK-N-SHIP®
06/17/2024    Mailed from 72601    9289362646896S3

**PRIORITY MAIL®**

DAVID A STEBBINS    06/20/2024
APT D
123 W RIDGE AVE    RDC 03
HARRISON AR 72601-4236
    C004

US DISTRICT COURT FOR THE NORTHERN D[
450 GOLDEN GATE AVE
SAN FRANCISCO CA 94102-3661

**USPS TRACKING #**

9405 8301 0935 5105 6449 30



**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

RECEIVED
JUN 20 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**TRACKED ■ INSURED**


PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.