UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN DOE, et al.,<br><br>        Defendants. | Case No. 24-cv-03727-LB<br><br>**ORDER GRANTING IN FORMA PAUPERIS APPLICATION**<br><br>Re: ECF No. 2 |

The plaintiff filed an application to proceed *in forma pauperis*. The court grants the application. The court will address the issuance of the summons and service in a separate order.

**IT IS SO ORDERED.**

Dated: June 24, 2024

LAUREL BEELER
United States Magistrate Judge

ORDER – No. 24-cv-03727-LB